Coverdale v. The State.

CRIMINAL LAW.—*Indictment.*—*Supreme Court.*—The truth of an objection alleged against an indictment, on appeal to the Supreme Court, must appear by the record.

From the Hamilton Circuit Court.

*W. Garver* and *R. Graham,* for appellant.

*C. A. Buskirk,* Attorney General, for the State.

BIDDLE, J.—Indictment against the appellant for unlawfully selling intoxicating liquor.

Motion to quash overruled; exceptions; trial; conviction; appeal.

The appellant insists, that the indictment is bad because it shows upon its face, that the grand jury was "sworn or affirmed."

. As the record is presented to us, this objection, if it could be called an objection, does not exist in point of fact. The words "or affirmed" were written in the record, but appear to have been struck out by the pen.

We must hold the transcript to be correct as it appears.

The judgment is affirmed, at the costs of the appellant.